UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**BLAKE BUCKNER,** individually and on behalf of all others similarly situated,

*Plaintiff*,

*v.*

**CENTRAL MORTGAGE FUNDING, LLC,** a Michigan company,

*Defendant.*

Case No.

**CLASS ACTION COMPLAINT**

**DEMAND FOR JURY TRIAL**

## CLASS ACTION COMPLAINT

Plaintiff Blake Buckner ("Plaintiff Buckner" or "Buckner") brings this Class Action Complaint and Demand for Jury Trial against Defendant Central Mortgage Funding, LLC, ("Defendant" or "Central Mortgage Funding") to stop the Defendant from violating the Telephone Consumer Protection Act ("TCPA") by making telemarketing calls to consumers without consent including calls to phone numbers that are registered on the National Do Not Call registry ("DNC"). Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendant's conduct. Plaintiff Buckner, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

1

## PARTIES

1.     Plaintiff Buckner is a resident of Hixson, Tennessee.

2.     Defendant Central Mortgage Funding is a company registered in Michigan, with its headquarters located in Southfield, Michigan. Defendant Central Mortgage Funding conducts business throughout this District and throughout the US.

## JURISDICTION AND VENUE

3.     This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4.     This Court has personal jurisdiction and venue is proper since Defendant has its headquarters in this District and the wrongful conduct giving rise to this case was directed from this District.

## INTRODUCTION

5.     As the Supreme Court explained at the end of its term, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in

Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

6.    When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

7.    By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

8.    The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

9.    According to online robocall tracking service "YouMail," 4.9 billion robocalls were placed in October 2024 alone, at a rate of 158.4 million per day. www.robocallindex.com (last visited November 13, 2024).

10.    The FCC also has received an increasing number of complaints about unwanted calls, with 150,000 complaints in 2016, 185,000 complaints in 2017, and 232,000 complaints in 2018. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

11.    "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls

12.     "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

## COMMON ALLEGATIONS

13.     Defendant Central Mortgage Funding provides mortgage-related services including loan refinancing for consumers.[3]

14.     Defendant Central Mortgage Funding places unsolicited calls to consumers to generate business.

15.     Defendant Central Mortgage Funding lists *cold calling* as a job responsibility according to one of their job postings for a mortgage loan officer assistant:

---

[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf
[3] https://centralmortgagefunding.com/



16.    Central Mortgage Funding employees have publicly complained about

the cold calling they had to engage in to generate business for Defendant, including:



---

4 https://www.indeed.com/cmp/Central-Mortgage-Funding/jobs?jk=99b7d705b2ae7326&start=0
5 https://www.glassdoor.com/Reviews/Central-Mortgage-Funding-Reviews-E6447585.htm



17.   Central Mortgage Funding acquires trigger leads, which are leads generated from consumers who had their credit pulled, such as when one applies for a loan with a mortgage lender and companies like Central Mortgage call them hoping to lure them to take a loan with them instead.[7]

18.   Consumers have posted complaints about receiving unsolicited calls from Central Mortgage Funding after having their credit pulled, including:

- "Thinking about buying a new house, *had my credit pull for a pre-approval and then the phone solicitors started calling*. It was fine with most companies. I polite ask them to stop calling and they would. Not with Central Mortgage - they will keep calling and calling and calling. And you can ask them not to call again and five minutes later a phone from a different area code will call and it will be them. They mask numbers and I try to block and send to junk on my iPhone, they will call on a different number. For my job I depend on the phone and I have clients with all sort of different area codes who call me for business reasons, so I cannot just ignore all phone calls. But when I ask a company to stop harassing me with telemarketing calls, I expect them to stop and add me to their no call registry. Central Mortgage will

---

[6] Id.

[7] https://www.highlandsmortgage.com/blog/trigger-leads-what-they-are-and-how-to-stop-them/

continue to call, non stop. It is very unprofessional and leaves a bitter taste in my mouth for their company."[8] (emphasis added)

- "Trigger leads are ridiculous and if you buy them you're a scumbag. I'm buying a house right now and in 3 hours, I've received 43 scam calls from trigger lead mortgage telemarketers. If you buy trigger leads you're a skill-less, scumbag telemarketer who must enjoy pissing off thousands of people a day.

  Update: it's currently 3:15 pm and I've received 85 phone calls. This is ridiculous. They're mostly from 'Mortgage Pros' and 'Central Mortgage Funding.' While I was writing this update paragraph, I received 5 calls. This is insane.[9]



**H. Hermiston**
Verified customer

**I recently started the mortgage process with a local bank, and unfortunately, things took a turn for the worse when Central Mortgage got**

I recently started the mortgage process with a local bank, and unfortunately, things took a turn for the worse when Central Mortgage got involved. As soon as they ran a credit report, my phone started ringing off the hook. I received an astonishing 25 calls from them within a span of just 12 hours. It was incredibly frustrating.

During these incessant calls, I made it clear to the callers on three separate occasions that I did not want to be contacted and requested to be put on their do not call list. Despite my explicit instructions, I still received five more calls after the initial request. This level of persistence and disregard for my wishes is unacceptable.

It's evident that this firm is more focused on aggressively pursuing new business than respecting their potential customers' boundaries. Given the fact that I had to ask them not to
- call me three times, I believe it's crucial for them to follow up and address this issue promptly.  [10]

---

[8] https://www.bbb.org/us/mi/southfield/profile/mortgage-broker/central-mortgage-funding-0332-90039014/complaints

[9] https://www.reddit.com/r/loanoriginators/comments/174ozge/trigger_leads/?rdt=37288

[10] https://www.complaintsboard.com/central-mortgage-funding-b178733



G. Keeling
Verified customer

**I recently went through a hard credit check as part of the pre-approval process for a mortgage**

I recently went through a hard credit check as part of the pre-approval process for a mortgage. However, I've been bombarded with calls from various companies claiming to be Lending Bug Mortgage and Central Mortgage. Upon further investigation, I discovered that their websites (https://centralmortgagefunding.com/) (https://lendingbugdetroit.com/contact/) have the same corporate address. Additionally, their articles of incorporation from the *** and *** Secretaries of State reveal that they share the same president (lending bug: https://cofs.lara.state.mi./CorpWeb/CorpSearch/CorpSummary.aspx?token=nBxILn58HwVtv4JMRDwTm1cWblopjmzIgq3FCQzRMH7Z0mRAdeXC1J/f2VE+5wHwA84dt0rQ0lhv4AgLK1mCi/T6Zj40bgo8uVl8K1rlkXJ4PApaphjsW0qlliMg+XXENm0mmM2XkJQFniYaWB3Fx9CxiYJf2tuWdtOldDRuDWde8DO9Z5ex+5kwDzYvVNzpLdClbvLdCAwv6slGo4mmWYDpT/4qCQPrm1l8+QHgpxPaLpbiuTc+Yvk7Kd/5DZVq/nR82aywsoNayt6m27etrdLu7egpGrcqinx1niS06Dh04D/6fQmTcnUaXpuJnf9oz2wbvAV8J9Rc47dgnShOFioahJhOaplc), (Central Mortgage LLC: https://mycpa.cpa.***/coa/coaSearchBtn). It seems that these companies are connected and operating under the control of a parent company or individual.

Despite expressing my desire to opt-out of any future contact, I continue to receive calls from them. I even contacted Equifax and requested not to be contacted based on my consumer [11]



**Aaron E.**
San Francisco, CA
0  1  0

⭐ Jun 14, 2024

They will call you from spoofed VOIP based numbers incessantly once they buy your information from the credit bureaus. Their reps will not remove you from their call lists no matter how many times you ask. Half the time their reps won't even tell you what company they're from. Only way I was able to, hopefully, get the calls to stop was to call their main office number from their web site, press 0 to speak to the operator, and then have them remove my number. I'm someone who works in the industry and these people should not be in business with the way they're operating. [12]



19.     Many of the calls placed by the Defendant are to phone numbers that are registered on the DNC, as per Plaintiff's experience.

20.     To make matters worse, Central Mortgage Funding lacks a sufficient opt-out system to ensure that a consumer who notifies Central Mortgage Funding

---

[11] Id.

[12] https://www.yelp.com/biz/central-mortgage-funding-southfield

to stop calling them will be removed from their calling list, again, as per Plaintiff's experience.

21.    Many consumers have posted complaints online directly to Central Mortgage Funding through the Better Business Bureau about the unsolicited call that they received, including:

- "This business has called me over 20 times in 3 days. I have not applied for any loans with them and they will not stop harassing me."[13]

- "Company will continue to call and harass you from multiple different phone numbers. I have blocked 6 different phone numbers and counting after telling 3 of them to stop calling me and remove me from whatever list they may have. I do not have a mortgage with them. They are soliciting."[14]

- "They keep calling me with their unsolicited services. I have asked them to stop several time. They also call from serval random spoofed numbers which is federally illegal to do. Some one should prosecute."[15]

- "Received so many phone calls. This company is s*** I know way more than you think about this company , ****** (: your company is falling and were all happy. Your stars just keep going down and down and thats what you deserve the way how you run this company. No good management at all"[16]

- "i have received 19 phone calls in less than 3 hours (starting at 8am) from multiple bogus phone numbers all callers say they are from this company all requests to remove me form there call list ignored."[17]

- "During the last month, I have received multiple phone calls from this company. All calls are coming from different numbers; so, I am not able to just block one. The calls started at 7:30 AM and don't stop until 7:30 PM. When I initially answered a few of them, I told them to

---

[13] https://www.bbb.org/us/mi/southfield/profile/mortgage-broker/central-mortgage-funding-0332-90039014/complaints
[14] Id.
[15] https://www.google.com/search?q=central+mortgage+funding+llc
[16] Id.
[17] Id.

remove me from their mailing. Seconds to minutes later, I receive another slew of multiple calls, totaling 30+ something calls in one day! I am not even sure if this is the right company, as the callers (ID'd themselves as \*\*\*\*\*\* \*\*\*\*\* etc.), always give a different derivation of the company name when I do pick up the phone: Central Mortgage; Central Mortgage Income, Central Mortgage Services, Central Mortgage, LLC... Those calls just keep coming! Today, during two doc appts., I received 12+ calls from 7:40-9:40 AM. STOP THIS HARASSING BEHAVIOR ___NOW___ OF A SENIOR, DISABLED, CANCER SURVIVING VETERAN!"[18]

- "50 phone calls a day soliciting mortgage quotes. They will not remove me from call list"[19]

- "I have received multiple phone calls from this company. I woke up to multiple missed calls. All from different numbers so not able to just block. I am not in the same time zone and have a phone number that reflect my physical location. The calls started at 5:01 AM and did not stop. I started answering around 6 (this is a mobile number for my work so I really need to answer) told them it was not an appropriate time to call and that I was not interested, and still received 7 calls within the next 45 minutes, and more later on in the morning. I have tried being nice, I have tried being not nice, I have tried begging for them to stop, I have tried ignoring them (not possible with the different numbers each time and the nature of this phone line). They will not stop. I have been told that I will be removed from their list, but the calls continued. How do I make this stop. Please remove me from your list. I don't understand how harassing prospective customers is a successful business strategy. This is absolutely ridiculous."[20]

- "I have received no less than 5 and up to 15 calls a day from Central Mortgage \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* On each of their calls I ask where they got my information from and they say it was from me, or from my mortgage company or credit companies but I haven't even looked into refinancing or touching my mortgage in the past 2 years. I am not in the market to refinance or sell.When you request to be removed from their list they claim they will add you to their companies' "do not call" list but I'm convinced that they use this list as their "Call as much as

---

[18] Id.

[19] Id.

[20] Id.

possible list" because the calls increased after I was told that.Reading other reviews on ****** from previous employees of this company their first job there is to sit in a call center and cold call people until they get their licenses. So they have 2 jobs. Call people on the list, and get licensed while working there.Each person I've spoken to who called me has been rude blaming me for them calling me. I would never do business with a company as shady as this. Stay far away from Central Mortgage ****************"[21]

22.     In response to these calls, Plaintiff Buckner brings forward this case seeking injunctive relief requiring the Defendant to cease from violating the TCPA, as well as an award of statutory damages to the members of the Class and costs.

## PLAINTIFF BUCKNER'S ALLEGATIONS

23.     Plaintiff Buckner is the subscriber and sole user of the cell phone number ending with 9039.

24.     Plaintiff Buckner registered his cell phone number on the DNC on February 23, 2024.

25.     Plaintiff Buckner uses his cell phone number for personal use only as one would use a landline telephone number in a home. Such use includes speaking to family and friends.

26.     Plaintiff Buckner's cell phone number is not associated with a business and is not used for business-related purposes.

---

[21] https://www.bbb.org/us/mi/southfield/profile/mortgage-broker/central-mortgage-funding-0332-90039014/customer-reviews

27.     Plaintiff Buckner pays for the use of his cell phone personally. It is not reimbursed by a business.

28.     Plaintiff Buckner submitted a request for a refinancing loan through New American Funding in October of 2024.

29.     As part of the loan request, Plaintiff Buckner's credit was pulled.

30.     Thereafter, Plaintiff Buckner began receiving calls to his cell phone number from employees who said they were working for Defendant Central Mortgage Funding.

31.     Defendant Central Mortgage Funding is not affiliated with either New American Funding.

32.     The calls that Plaintiff Buckner received were all placed more than 30 days after Plaintiff registered his cell phone number on the DNC.

33.     Plaintiff Buckner found that most of the calls were placed by different phone numbers, and those phone numbers could not be called back. When the numbers are called back, a recording is heard stating that "extension 5 is on the phone."

34.     Plaintiff Buckner received at least 1-2 unsolicited calls to his cell phone daily, all from employees claiming that they were with Central Mortgage Funding.

35.     For example, on October 25, 2024 at 3:33 PM, Plaintiff Bucker received an unsolicited call to his cell phone from 629-236-0168.

36.     When this call was answered, an employee said that they were calling from Central Mortgage Funding about a loan application.

37.     Plaintiff Buckner told the employee that he did not submit a loan with Central Mortgage Funding and ended the call.

38.     On October 28, 2024 at 2:33 PM, Plaintiff Buckner received an unsolicited call to his cell phone from 423-561-2714.

39.     When the call was answered, an employee said that they were calling from Central Mortgage Funding to offer a loan with a low rate.

40.     Plaintiff Buckner told the employee to stop calling and ended the call.

41.     On October 28, 2024 at 3:46 PM, Plaintiff Buckner received another unsolicited call to his cell phone, this time from 629-236-0182.

42.     When Plaintiff Buckner answered this call, an employee identified the company name Central Mortgage Funding to solicit a home loan.

43.     Plaintiff Bucker asked the employee to remove his number from Defendant's call list and the call was ended.

44.     On October 30, 2024 at 4:51 PM, Plaintiff Buckner received an unsolicited call to his cell phone from 615-908-1335.

45.     When the call was answered, an employee said that they were calling from Central Mortgage Funding to offer a low rate loan.

46.    Plaintiff Buckner asked the employee to remove his cell phone number from Defendant's calling list and was assured this would be done.

47.    On November 1, 2024 at 4:59 PM, Plaintiff Bucker received an unsolicited call to his cell phone from 629-236-0168.

48.    This call was not answered, but Plaintiff received a call from this number on October 25, 2024 where the employee identified the company name Central Mortgage Funding.

49.    On November 4, 2024 at 4:52 PM, Plaintiff Bucker received another unsolicited call to his cell phone, this time from 629-600-6747.

50.    This call was not answered.

51.    On November 7, 2024 at 2:49 PM, Plaintiff Buckner received another unsolicited call to his cell phone from 629-600-6747.

52.    When the call was answered, an employee said that they were calling from Central Mortgage Funding to finish a quote for a loan.

53.    Plaintiff Buckner recognized the voice of this employee from past calls.

54.    Plaintiff told this employee that he doesn't want to receive any more calls and that he has never done business with Central Mortgage Funding.

55.    The employee said that Plaintiff Buckner's cell number would be added to a do not call list.

56.    Plaintiff Buckner has never done business with Central Mortgage Funding and has never given them consent to call his phone number.

57.    The unauthorized solicitation telephone calls that Plaintiff Buckner received from or on behalf of Defendant Central Mortgage Funding have harmed Plaintiff in the form of annoyance, nuisance, and invasion of privacy, occupied his phone line, and disturbed the use and enjoyment of his phone.

58.    Seeking redress for these injuries, Plaintiff Buckner, on behalf of himself and a Class of similarly situated individuals, brings suit under the TCPA.

## CLASS ALLEGATIONS

59.    Plaintiff Buckner brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Class:

> **<u>Do Not Call Registry Class:</u>** All persons in the United States who from four years prior to the filing of this action through class certification (1) Central Mortgage Funding called more than one time, (2) within any 12-month period, (3) where the person's residential telephone number had been listed on the National Do Not Call Registry for at least thirty days, (4) for substantially the same reason Defendant called Plaintiff.

60.    The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, its subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or their parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons

who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against the Defendant have been fully and finally adjudicated and/or released. Plaintiff Buckner anticipates the need to amend the Class definition following appropriate discovery.

61.    **Numerosity and Typicality**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable, and Plaintiff is a member of the Class.

62.    **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

(a)    Whether Defendant's conduct violated the TCPA;

(b)    Whether Defendant placed multiple calls within a 12-month period to Plaintiff and other consumers whose telephone numbers were registered with the DNC for at least 30 days of the time of each call;

(c)    whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

63.     **Adequate Representation**: Plaintiff Buckner will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff Buckner has no interests antagonistic to those of the Class, and the Defendant has no defenses unique to Plaintiff. Plaintiff Buckner and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff Buckner nor his counsel have any interest adverse to the Class.

64.     **Appropriateness**: This class action is also appropriate for certification because the Defendant has acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Class as wholes, not on facts or law applicable only to Plaintiff Buckner. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an

individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

### FIRST CLAIM FOR RELIEF
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Buckner and the Do Not Registry Class)**

65.    Plaintiff repeats and realleges the prior paragraphs of this Complaint and incorporates them by reference herein.

66.    The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or his telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

67.    Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object.  47 U.S.C. § 227(c).

68.    Defendant violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to telephone subscribers such as Plaintiff Buckner and the Do Not Call Registry Class members who registered their

respective telephone numbers on the National Do Not Call Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

69.     Defendant violated 47 U.S.C. § 227(c)(5) because Plaintiff Buckner and the Do Not Call Registry Class received more than one telephone call in a 12-month period made by or on behalf of the Defendant in violation of 47 C.F.R. § 64.1200, as described above.

70.     As a result of Defendant's conduct as alleged herein, Plaintiff Buckner and the Do Not Call Registry Class suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled, inter alia, to receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200.

71.     To the extent Defendant's misconduct is determined to be willful and knowing, the Court should, pursuant to 47 U.S.C. § 227(c)(5), treble the amount of statutory damages recoverable by the members of the Do Not Call Registry Class.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

a)  An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff as the representative of the Class; and appointing his attorneys as Class Counsel;

b)  An award of money damages and costs;

c)  An order declaring that Defendant's actions, as set out above, violate the TCPA;

d)  An injunction requiring Defendant to cease all unsolicited calling activity, and to otherwise protect the interests of the Class; and

e)  Such further and other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Buckner requests a jury trial.

Respectfully Submitted,

**BLAKE BUCKNER**, individually and on behalf of all others similarly situated,

DATED this 3rd day of December, 2024.

By: /s/ *Stefan Coleman*
Stefan Coleman
law@stefancoleman.com
Coleman PLLC

18117 Biscayne Blvd, Suite 4152
Miami, FL 33160
Telephone: (877) 333-9427

Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

George Blackmore* (P76942)
Direct: 248-847-0580 | Fax: 855-744-4419
Blackmore Law PLC  | www.blackmore.law
1129 West 14 Mile Rd. #1006
Clawson, MI 48017
george@blackmore.law

*Attorneys for Plaintiff and the putative Class*

*\*Local counsel*