UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLAKE BUCKNER,

    Plaintiff,

v.

Case No. 24-cv-13229
Hon. Matthew F. Leitman

CENTRAL MORTGAGE
FUNDING, LLC,

    Defendant.
_____/

**ORDER STAYING ALL FILINGS
UNTIL FURTHER ORDER OF THE COURT**

On February 21, 2025, Defendant Central Mortgage Funding, LLC filed a motion to dismiss in this action. (*See* Mot., ECF No. 8.) In a footnote in that motion, Central Mortgage said that (1) Plaintiff Blake Buckner's claims may be subject to arbitration and (2) Central Mortgage wanted to reserve its right to move to compel Buckner to arbitrate if, in fact, Bucker's claims are arbitrable:

> At the time of this Motion, Central has not yet determined whether Plaintiff's claims are subject to a binding individual arbitration agreement between the parties. Accordingly, Central submits this Motion to meet its immediate obligation to file a responsive pleading under Rule 12, and it should not be viewed as a waiver of Central's arbitral rights. Should Central later determine Plaintiff's claims are subject to arbitration, it intends to promptly move to compel such an arbitration.

(*Id.*, PageID.40.)

1

The Court intends to hold a status conference with the parties in the very near future to discuss the issues raised in Central Mortgage's arbitration footnote. Accordingly, until further of the Court after that status conference, the Court **STAYS** all filings in this case, including the filing of a response to Central Mortgage's motion to dismiss. There shall be **NO** filings of any kind in this case until after the Court holds its planned status conference.

**IT IS SO ORDERED.**

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: February 21, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 21, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126