UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLAKE BUCKNER,

    Plaintiff,                                              Case No. 24-cv-13229
                                                                 Hon. Matthew F. Leitman
v.

CENTRAL MORTGAGE FUNDING, LLC,

    Defendant.
_____/

## ORDER ADJOURNING ALL SCHEDULED DATES IN THIS ACTION

On April 21, 2025, the parties informed the Court that they have "reached a tentative resolution of all the Parties' differences and disputes" in this action. (Notice, ECF No. 13, PageID.99.) The parties then asked the Court to "vacate any and all pending deadlines (including Defendant's responsive pleading deadline of April 21, 2025)" while they finalized their settlement. (*Id.*)

Based on the parties' "tentative resolution," all dates in this action, including but not limited to Defendant's responsive pleading deadline, are **ADJOURNED**. The parties shall file a notice of voluntary dismissal of Plaintiff's individual claims against Defendant within the next sixty (60) days.

**IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
Dated: April 21, 2025            UNITED STATES DISTRICT JUDGE

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 21, 2025, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126