UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BLAKE BUCKNER,

      Plaintiff,                               Case No. 24-cv-13229
                                                     Hon. Matthew F. Leitman

v.

CENTRAL MORTGAGE
FUNDING, LLC,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: June 16, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 16, 2025, by electronic means and/or ordinary mail.

                                       s/Holly A. Ryan
                                       Case Manager
                                       (313) 234-5126